**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DARRELL D. WALKER, #15560-045,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | **Case No. 19-cv-489-NJR** |
| | ) | |
| **T. G. WERLICH,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

Petitioner Darrell D. Walker, an inmate in the Bureau of Prisons, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on May 9, 2019. (Doc. 1).

On October 29, 2019, Respondent's counsel forwarded to the Court a letter from the Respondent Warden, documenting that Petitioner Walker died on October 28, 2019. (Doc. 24).

Walker's death has rendered this habeas action, which sought an order releasing Walker from custody, moot. *See McClendon v. Trigg*, 79 F.3d 557, 559 (7th Cir. 1996) (dismissing state prisoner's habeas petition seeking restoration of good-conduct credits as moot due to petitioner's death); *Born v. United States*, 129 F.3d 1267 (7th Cir. 1997) (table).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE as moot**. The Clerk is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: October 31, 2019**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**